UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
LINDA SLADE, :
:
                      Plaintiff, :
: 22-CV-357 (VSB)
        -against- :
: **ORDER**
:
THAKOON HOLDINGS, LLC, :
:
                    Defendant. :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement in principle. (Doc. 8.) Accordingly, it is hereby:

      ORDERED that the above-captioned action is dismissed without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: April 18, 2022
       New York, New York

                                                    Vernon S. Broderick
                                                  United States District Judge